**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MARTINE PHILIPPE, individually,
ABDILLE FRANCISQUE, individually, and
LETICI ACOSTA, individually,

Plaintiffs,

v.                                                    Case No.

RICKI KANETI, individually; d/b/a/
REGAL PARK ASSISTAED LIVING
FACILITY, INC.

Defendants.
_____/


**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL**
**QUESTION JURISDICTION UNDER 28 U.S.C. §1331**

      COMES NOW, Defendants, RICKI KANETI, individually; d/b/a REGAL PARK

ASSISTAED LIVING FACILITY, INC. ("Defendants") hereby files this Notice of Removal

pursuant to 28 U.S.C. §1331 and §1441removes this matter to the United States District Court

for the Southern District of Florida, the cause of action currently pending in the State Court in

and for Broward County, Florida and is styled *Martine Philippe, et al v Ricki Kaneti individually,*

*d/b/a Regal Park Assisted Living Facility, Inc.* on the following grounds:


    1.   This Notice of Removal is founded and based on a federal question pursuant to 28

         U.S.C. §1331 and §1441.   Plaintiff(s) originally filed this civil action on or about

         January 12, 2017 in the State Court in and for Broward County, Florida.  Plaintiffs are

         seeking monetary damages from the Defendants.   As required by 28 U.S.C.

§1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file are attached to this Notice as Exhibit "A".

2. TIMELINESS OF REMOVAL: Defendant Kaneti was served on or about January 12, 2017. Accordingly, this Notice of Removal is timely filed within 30 days of the date of service pursuant to 28 U.S.C. §1446(b).

3. VENUE: Venue of this removal is proper under 28 U.S.C. §1441(a) because this Court is the United States District Court for the district and division corresponding to the location where the state court action is pending.

4. FEDERAL QUESTION: Plaintiffs allege in the Complaint violation of the Fair Labor Standards Act or FLSA. Plaintiffs' claim is therefore removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. §1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the U.S. Constitutional, law, or treaties of the United States." See 28 U.S.C. §1331. Plaintiffs' claim provides the basis for this Court's jurisdiction as the Plaintiffs have brought their lawsuit under the laws of the United States. Accordingly, Defendants are entitled to remove this action in accordance with 28 U.S.C. §14441(a)

5. NOTICE TO PARTIES: Written Notice of the filing of this Notice of Removal is being served on Plaintiff on this 1st day of February 2017

6. NOTICE TO STATE COURT: A copy of this Notice of Removal is being filed with the clerk of court in and for Broward County, Florida in compliance with 28 U.S.C. 1446(d)

WHEREFORE, Defendants respectfully request that the above styled action now

pending against Defendants in the State Court in and for Broward County, Florida be

removed to this Court.

Respectfully submitted,

s/Robert Blanchfield
Robert Blanchfield, Esq.
Robert Blanchfield, P.A.
Florida Bar No. 605891
127 West Fairbanks Ave.,
Suite 272
Winter Park, FL 32789
Telephone No.: (407) 497-0463
Facsimile No.: (866) 530-8441

Counsel for Defendant(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 1st Day of February, 2017, I electronically filed the
foregoing document with the Clerk of Court using CM/ECF.  I also certify that the
foregoing document is being served this day on all counsel of record  via transmission of
Notices of Electronic Filing generated by CM/ECF.

/s/Robert Blanchfield
Attorney

**T**